UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-1555 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 12)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF CHRISTINA SMITH AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Christina Smith and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on February 17, 2023.  (Doc. 12.)  Pursuant to the terms of the stipulation, the Appeals Council shall "instruct the ALJ give further consideration to the prior hearing decision's findings, the opinion evidence, and Plaintiff's ability to perform other work existing in significant numbers nationally."  (*Id*. at 1.)  In addition, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*. at 2.) Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　The unopposed motion for remand (Doc. 12) is **GRANTED**.

　　　　2.　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Christina Smith and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **March 22, 2023**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE